UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEON HENRY COLLINS, | Case No. 25-cv-2207 (LMP/ECW) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DIANA E. MURPHY, *Hennepin County Clerk of Court - sued in her individual and official capacities*, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 5, of United States Magistrate Judge Elizabeth Cowan Wright, which recommends dismissing Plaintiff Leon Henry Collins's Complaint, ECF No. 1, without prejudice and denying his Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2, as moot.

Collins alleges that the Hennepin County Clerk of Court violated his civil rights by failing to docket motions he attempted to file in relation to his state civil-commitment proceedings. ECF No. 1. The R&R recommends dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because Collins is barred from suing the Hennepin County Clerk of Court under the doctrine of absolute immunity, and that Collins nevertheless fails to state a claim for relief because his right of access to the courts was not impeded. ECF No. 5 at 2–3. In response to the R&R, Collins filed a single-paged document that simply

states that the defendant "was being deliberately indifferent to my medical needs further causing me a mental psychosis." ECF No. 6 (cleaned up).

Even if the Court considers Collins's filing as an objection to the R&R, the Court would overrule it because it does nothing to undercut the sound reasoning of the R&R. Finding no error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 5) is **ADOPTED**;

2. Collins's complaint (ECF No. 1) is **DISMISSED** without prejudice;

3. Collins's Application to Proceed Without Prepaying Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2025        *s/Laura M. Provinzino*
                            Laura M. Provinzino
                            United States District Judge